UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
NANJING USA, INC.,

        **ORDER**

     Plaintiff,

        09 Civ. 05504 (AKH)

 -against-

BLOCK CORP.,

     Defendant.
------------------------------------------------------------- x
ALVIN K. HELLERSTEIN, U.S.D.J.:

  The above-captioned adversary case shall be referred to Judge Prudence Carter Beatty who is presiding over related case 09-12340 (PCB) (USBC-SDNY).

  The Clerk shall terminate all motions in the case.

  SO ORDERED.

Dated:  New York, New York
     July 27, 2009

            /s/ Alvin K. Hellerstein
            ALVIN K. HELLERSTEIN
            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/28/09